UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

LAMONT TRUMP,

                                              Plaintiff,        **NOTICE OF MOTION**

          -against-                          11 CV 2794 (JBW)(RLM)

CITY OF NEW YORK, et. al.,

                                              Defendants.

------------------------------------------------------------------X


**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated August 4, 2011, and the exhibits annexed thereto and upon all prior pleadings and proceedings herein, defendant the City of New York ("City"), will move this Court, before the Honorable Jack B. Weinstein, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for dismissal of the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other relief as this Court deems just and proper, on the grounds that plaintiff has failed to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated July 11, 2011, opposition papers, if any, are due on or before September 5, 2011.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated July 11, 2011, reply papers, if any, are due on or before September 19, 2011, and the motion shall be fully briefed at that time.

Dated:    New York, New York
          August 3, 2011

                MICHAEL A. CARDOZO
                Corporation Counsel of the
                  City of New York
                *Attorney for City Defendants*
                100 Church Street, Room 3-170(f)
                New York, New York 10007
                (212) 788-1791

By:   /s/
      BORIS ZELDIN
      Special Assistant Corporation Counsel
      Special Federal Litigation Division

CC:   BY E.C.F.
      Richard J. Cardinale
      The Law Firm of Richard J. Cardinale
      26 Court Street
      Suite 1815
      Brooklyn, NY 11242

Docket No. 11 CV 2794 (JBW)(RLM)

| |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| LAMONT TROMP,<br><br>                                                         Plaintiff,<br><br>                       -against-<br><br>CITY OF NEW YORK, et al,<br><br>                                                    Defendants. |
| **NOTICE OF MOTION** |
| **MICHAEL A. CARDOZO**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street<br>New York, N.Y. 10007<br><br>Of Counsel: Boris Zeldin<br>Tel: (212) 788-1791 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ........................................ , 201......*<br><br>*.......................................................................... Esq.*<br><br>*Attorney for..............................................................* |

- 7 -