UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*Judgment and*
ORDER

LAMONT TROMP

    Plaintiff,

– against –

CITY OF NEW YORK, POLICE OFFICER JOSHUA KONEN, TAX #936882, JOHN DOE,

    Defendants.

11-CV-2794

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 04 2011 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

    The motion to dismiss is granted. Plaintiff released this and every other prior, related claim by stipulation of settlement on March 15, 2011. Both sides agree that the court can examine and rely on this release in deciding this motion. While there is arguably some ambiguity in the stipulation of settlement, *see* Tr. of Hr'g, Oct. 3, 2011, the public policy in favor of termination of repetitive litigation requires discouraging repeated actions based on the same type of claim involving the same actors.

    No costs or disbursements.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: Oct. 4, 2011
Brooklyn, New York